IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIE DREYER and RONALD DREYER,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, and ETHICON, INC.,<br><br>Defendants. | 8:20CV535<br><br>MEMORANDUM AND ORDER |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 51). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 11th day of August 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1